# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                          NO. 4:11CR00066-001 SWW

JESSE CARL DAVIS                                                       DEFENDANT

### ORDER MODIFYING CONDITIONS OF RELEASE

Defendant appeared for a hearing before this Court on January 17, 2014 and entered a plea of guilty to Count 1 of the indictment, at which time the Court modified the Order Setting Conditions of Release pending sentencing by adding the following condition:

> **The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.**

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include the condition specified in this order. All other conditions remain in effect.

DATED this 21st day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE